**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1: 05 MJ 00302 DLB |
| | ) | |
|        Plaintiff, | ) | **DETENTION ORDER FOR** |
| V. | ) | **DEFENDANT ON PROBATION** |
| | ) | **OR SUPERVISED RELEASE** |
| JOE MANUEL DELGADO, | ) | |
| | ) | |
|        Defendant, | ) | |
| _____ | ) | |

A. **Order For Detention**

After conducting a preliminary hearing and detention hearing pursuant to Federal Rules of Criminal Procedure 32.1(a)(1) and 46(c) and 18 U.S.C. §3143(a) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. §3143.

B. **Statement Of Reasons For The Detention**

The Court orders the defendant's detention because it finds that there is probable cause to hold defendant for a hearing on revocation of his pretrial release.

The Court further finds that defendant has failed to show, by clear and convincing evidence that he is neither a flight risk nor a danger to the safety of any other person or the community if released under 18 U.S.C. sections 3142(b) or (c).

C. **Findings Of Fact**

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Probation Report and Petition and includes the following:

(1) Nature and circumstances of the offense for which defendant was originally convicted:

    __X__ (a) The crime: possession of methamphetamine with the intent to distribute is a serious crime and carries a maximum penalty of - 40 years

    _____ (b) The original commitment offense is a crime of violence.

    _____ (c) The original commitment offense is punishable by life imprisonment or death.

    _____ (d) The original commitment offense is one for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or the Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 et seq.).

(2) The weight of the evidence against the defendant is high.

(3) The history and characteristics of the defendant including:

    (a) General Factors:

        _____ The defendant appears to have a mental condition which may affect whether the defendant will appear.

        _____ The defendant has no family ties in the area.

        _____ The defendant has no steady employment.

        _____ The defendant has no substantial financial resources.

        _____ The defendant is not a long time resident of the community.

        _____ The defendant does not have any significant community ties.

**DETENTION ORDER - Page 2**

  (b)  Past conduct of the defendant:
    __X__ The defendant has a history relating to drug abuse.
    _____ The defendant has a history relating to alcohol abuse.
    _____ The defendant has a history relating to mental health problems.
    _____ The defendant has a significant prior criminal record.
    _____ The defendant has a prior record of failure to appear at court proceedings.
    _____ Other:

  (c)  Whether the defendant was on probation, parole, or release by a court:
    At the time of the current arrest, the defendant was on:
    _____ Probation
    _____ Parole
    _____ Release pending trial, sentence, appeal or completion of sentence.

  (d)  Other Factors:
    _____ The defendant is an illegal alien and is subject to deportation.
    _____ The defendant is a legal alien and will be subject to deportation if convicted. Other:

(4) The nature and seriousness of the danger posed by the defendant's release are as follows:


**D.** **Additional Directives**

Pursuant to 18 U.S.C. §3142(i)(2)-(4), the Court directs that:

  The defendant be committed to the custody of the Attorney General for confinement in a corrections facility; and

  The defendant be afforded reasonable opportunity for private consultation with his counsel; and

  That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

  IT IS SO ORDERED.

  Dated: __October 19, 2005__      __/s/ Dennis L. Beck__
                      UNITED STATES MAGISTRATE JUDGE

3b142a